UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
DEC 16 2009

---

UNITED STATES OF AMERICA,　　　　　CR08-50051-1

　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　ORDER

LAWRENCE VIGIL,

　　　Defendant.

---

Upon motion of the plaintiff, and good cause appearing, it is hereby

ORDERED that the Judgment in a Criminal Case entered against the above-named defendant and the Final Order of Forfeiture are amended to reflect the amount of cash to be forfeited is $24,322.00.

Dated this 16th day of December, 2009.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/ Karen E. Schreier
　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　Chief, U.S. District Judge